UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINIOS

In re: AMBER N. WILKINS                §    Case No. 13-80652
                                       §
                                       §
          Debtor(s)                    §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The Trustee declares as follows:

1) The case was filed on 02/28/2013.

2) The plan was confirmed on 04/26/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on 06/07/2016, 07/08/2016.

5) The case was completed on 06/15/2016.

6) Number of months from filing or conversion to last payment: 39.

7) Number of months case was pending: 42.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $6,730.00.

10) Amount of unsecured claims discharged without full payment: $44,691.65.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| Receipts: | | |
|---|---:|---:|
| Total paid by or on behalf of the debtor(s) | $ 7,223.00 | |
| Less amount refunded to debtor(s) | $ 0.00 | |
| **NET RECEIPTS** | | $ 7,223.00 |

| Expenses of Administration: | | |
|---|---:|---:|
| Attorney's Fees Paid Through the Plan | $ 3,500.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 447.91 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 3,947.91 |
| Attorney fees paid and disclosed by debtor(s): | $ 0.00 | |

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| GERACI LAW L.L.C. | Lgl | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 0.00 |
| WORLD FINANCE CORP | Uns | 300.00 | NA | NA | 0.00 | 0.00 |
| AAA COMMUNITY FINANCE | Uns | 1,900.00 | NA | NA | 0.00 | 0.00 |
| ADVANCE CASH EXPRESS | Uns | 2,053.00 | 1,000.00 | 1,000.00 | 239.41 | 0.00 |
| AIM IMMEDIATE CARE | Uns | 12.00 | NA | NA | 0.00 | 0.00 |
| ALL CREDIT LENDERS | Uns | 900.00 | 450.00 | 450.00 | 107.74 | 0.00 |
| AMCORE BANK | Uns | 315.00 | NA | NA | 0.00 | 0.00 |
| ARC DEKALB LLC | Uns | 52.00 | NA | NA | 0.00 | 0.00 |
| ASPEN DENTAL | Uns | 250.00 | NA | NA | 0.00 | 0.00 |
| AT&T MOBILITY II LLC % AT& T | Uns | 100.00 | 1,252.34 | 1,252.34 | 299.83 | 0.00 |
| ATG CREDIT | Uns | 35.00 | NA | NA | 0.00 | 0.00 |
| ATHLETIC & INDUSTRIAL | Uns | 20.00 | NA | NA | 0.00 | 0.00 |
| AURORA RADIOLOGY | Uns | 75.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Uns | 1,500.00 | NA | NA | 0.00 | 0.00 |
| RJM ACQUISITIONS LLC | Uns | 95.00 | 91.03 | 91.03 | 21.79 | 0.00 |
| CAPITAL ONE | Uns | 1,247.00 | NA | NA | 0.00 | 0.00 |
| CITY OF DEKALB - PARKING | Uns | 50.00 | NA | NA | 0.00 | 0.00 |
| COLLECTION PROF / LASAL | Uns | 112.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| COLUMBIA HOUSE DVD C | Uns | 96.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Uns | 135.00 | 135.70 | 135.70 | 32.49 | 0.00 |
| COMCAST | Uns | 267.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Uns | 332.00 | NA | NA | 0.00 | 0.00 |
| COMCAST CHICAGO SECONDS - | Uns | 274.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON CO | Uns | 1,700.00 | 1,653.96 | 1,653.96 | 395.98 | 0.00 |
| CREDITORS COLLECTION B | Uns | 866.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION S | Uns | 118.00 | NA | NA | 0.00 | 0.00 |
| CRUSADER CLINIC | Uns | 15.00 | NA | NA | 0.00 | 0.00 |
| DAIC | Uns | 450.00 | NA | NA | 0.00 | 0.00 |
| DALE HOLMGREN | Uns | 3,131.00 | NA | NA | 0.00 | 0.00 |
| RRCA ACCOUNTS MANAGEMENT | Uns | 1,038.00 | 1,339.19 | 1,339.19 | 320.62 | 0.00 |
| AMERICAN INFOSOURCE LP as agent | Uns | 1,000.00 | 633.33 | 633.33 | 151.63 | 0.00 |
| VATIV RECOVERY SOLUTIONS LLC | Uns | 2,400.00 | 2,317.00 | 2,317.00 | 554.72 | 0.00 |
| FAMILY DENTAL CARE | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| FAMILY DENTAL CARE SYCAMORE | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| FIFTH THIRD BANK | Uns | 750.00 | NA | NA | 0.00 | 0.00 |
| FIRST BANK | Uns | 1,576.00 | NA | NA | 0.00 | 0.00 |
| GENERATIONS CREDIT UN | Uns | 208.00 | NA | NA | 0.00 | 0.00 |
| GREENWICH AUTOMOTIVE | Uns | 5,000.00 | NA | NA | 0.00 | 0.00 |
| DEKALB CLINIC CHARTERED | Uns | 240.00 | 1,281.45 | 1,281.45 | 306.79 | 0.00 |
| LAKES OF MARGATE | Uns | 1,000.00 | NA | NA | 0.00 | 0.00 |
| RJM ACQUISITIONS LLC | Uns | 80.00 | 99.34 | 99.34 | 23.78 | 0.00 |
| LORI MCKINNEY | Uns | 450.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST ORTHOPAEDIC | Uns | 200.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL CITY BANK | Uns | 950.00 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE CREDIT | Uns | 260.00 | NA | NA | 0.00 | 0.00 |
| COLLECTION PROFESSIONALS INC | Uns | 120.00 | 125.24 | 125.24 | 29.99 | 0.00 |
| OAIC | Uns | 450.00 | NA | NA | 0.00 | 0.00 |
| PACIFIC POINT OBGYN | Uns | 900.00 | NA | NA | 0.00 | 0.00 |
| PHYSICIANS IMMEDIATE CARE | Uns | 13.00 | NA | NA | 0.00 | 0.00 |
| PNC BANK NA | Uns | 949.00 | NA | NA | 0.00 | 0.00 |
| PROACTIVE SOLUTIONS | Uns | 40.00 | NA | NA | 0.00 | 0.00 |
| PROGRESSIVE INS CO | Uns | 247.00 | NA | NA | 0.00 | 0.00 |
| PROGRESSIVE INS | Uns | 500.00 | NA | NA | 0.00 | 0.00 |

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| QVC | Uns | 70.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD HEALTH SYSTEMS | Uns | 400.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 393.00 | 393.00 | 393.00 | 94.09 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 331.00 | NA | NA | 0.00 | 0.00 |
| SECURITY FINANCIAL | Uns | 250.00 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL - DISTRIBUTIONS | Uns | 782.00 | 781.82 | 781.82 | 187.18 | 0.00 |
| RESURGENT CAPITAL SERVICES | Uns | 583.00 | 567.15 | 567.15 | 135.79 | 0.00 |
| SPRINT | Uns | 583.00 | NA | NA | 0.00 | 0.00 |
| SUPRATELECOM | Uns | 750.00 | NA | NA | 0.00 | 0.00 |
| SWEDISH AMERICAN HOSPITAL | Uns | 365.00 | NA | NA | 0.00 | 0.00 |
| SWEDISH AMERICAN MED GROUP | Uns | 4,000.00 | NA | NA | 0.00 | 0.00 |
| THE READER SERVICE | Uns | 20.00 | NA | NA | 0.00 | 0.00 |
| U.S. DEPARTMENT OF EDUCATION | Uns | 0.00 | 35,711.83 | 0.00 | 0.00 | 0.00 |
| US DEPT OF ED / ATL | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF ED / ATL | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| UNITRIN DIRECT | Uns | 300.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY HOSPITAL | Uns | 75.00 | NA | NA | 0.00 | 0.00 |
| US BANK NA | Uns | 10,000.00 | 621.99 | 621.99 | 148.91 | 0.00 |
| US CAREER INSTITUTE | Uns | 898.00 | NA | NA | 0.00 | 0.00 |
| USE MERCHANT FILES | Uns | 51.00 | NA | NA | 0.00 | 0.00 |
| VERIZON | Uns | 251.00 | NA | NA | 0.00 | 0.00 |
| VIRTUOSO SOURCING GROUP | Uns | 33.00 | NA | NA | 0.00 | 0.00 |
| WEST BAY ACQUISITIONS LLC | Uns | 180.00 | 95.84 | 95.84 | 22.95 | 0.00 |
| WOODFOREST BANK | Uns | 800.00 | NA | NA | 0.00 | 0.00 |
| VATIV RECOVERY SOLUTIONS LLC | Uns | 0.00 | 422.21 | 422.21 | 101.08 | 0.00 |
| US BANK NA | Uns | 0.00 | 80.00 | 80.00 | 19.15 | 0.00 |
| WEST BAY ACQUISITIONS LLC | Uns | 0.00 | 113.88 | 113.88 | 27.26 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Uns | 0.00 | 225.27 | 225.27 | 53.91 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

<u>Summary of Disbursements to Creditors:</u>

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 13,679.74 | $ 3,275.09 | $ 0.00 |

<u>Disbursements:</u>

| | |
|---|---|
| Expenses of Administration | $ 3,947.91 |
| Disbursements to Creditors | $ 3,275.09 |
| **TOTAL DISBURSEMENTS:** | $ 7,223.00 |

UST Form 101-13-FR-S (9/1/2009)

                        Document      Page 6 of 6

      12)  The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed.  The Trustee requests a final decree be entered that discharges the Trustee and grants such other relief as may be just and proper.

Date:  09/16/2016          By:  /s/ Lydia S. Meyer
                                      Trustee

**STATEMENT:**   This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.